STATE OF NEW JERSEY v. CHARLES HOLMAN.

July 22, 1974. Petition for certification denied.

KATHLEEN M. PIETRUNTI v.
BOARD OF EDUCATION OF BRICK TOWNSHIP.

July 22, 1974. Petition for certification denied. (See 128 *N. J. Super.* 149)

RUTH L. GANSSLE v. BERNARD WAUGH.

July 22, 1974. Petition for certification denied.

IN RE: LEO MEISTER.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES FISHER.

July 22, 1974. Petition for certification denied. (See 127 *N. J. Super.* 555)

STATE OF NEW JERSEY v. GILBERTO COSME.

July 22, 1974. Petition for certification denied.